EUGENE WILLIAMS V. THE STATE.

No. 10261.   Delivered June 25, 1926.

**Robbery—Companion Case.**

    This is a companion case to Isaac Walker v. State, No. 10262, this day decided. The facts in the two cases are identical, as is also the record as shown by the bill of exceptions and special charges requested, and for same same reasons given in the Walker case the judgment is affirmed.

Appeal from the District Court of Harrison County. Tried below before the Hon. P. O. Beard, Judge.

Appeal from a conviction of robbery, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for robbery, punishment being five years' confinement in the penitentiary.

This is a companion case to Isaac Walker, No. 10262, this day decided. The facts in the two cases are identical as is also the condition of the record as shown by the bills of exception and special charges requested, and for the same reason given in the Walker case an affirmance is demanded, and it is so ordered.

*Affirmed.*